**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gustavo ANGELES–GARCIA, Defendant–Appellant.**

**No. 15–10109.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 27, 2016.*

Filed Jan. 29, 2016.

Erica Leigh Seger, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Thomas Frank Jacobs, Law Offices of Thomas Jacobs, Tucson, AZ, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Gustavo Angeles–Garcia appeals from the district court's judgment and challenges his guilty-plea conviction and his sentence of 37 months imprisonment and three years supervised release for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Angeles–Garcia's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as

counsel of record. We have provided Angeles–Garcia the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.